IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOHN P. MCDADE, ) | Civil No. C06-5434-KLS |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER ON ATTORNEY FEES |
| ) | |
| MICHAEL ASTRUE , ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant ) | |
| _____) | |

Based on the stipulation of the parties it is hereby ORDERED, that Plaintiff's counsel Teal M. Parham should be awarded attorney fees in the amount of $5,094.34, expenses totaling $51.31, and costs totaling $379.00 pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412 and 28 U.S.C. § 1920.

ORDER [C06-5434-KLS] -1

1 | DATED this 17th day of April, 2007.

2

3 | *[signature]*

4 | Karen L. Strombom
United States Magistrate Judge

5

6

7 | Presented by:

8 | s/TEAL M. PARHAM  WSB #21954
Attorney for Plaintiff
9 | 910 12th Avenue
10 | Longview WA  98632
Telephone:  (360) 423-3810
11 | FAX:  (360) 423-3812
tparham@mcleodusa.net
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER [C06-5434-KLS] -2