# United States District Court

WESTERN DISTRICT OF WASHINGTON

JOHN P. MCDADE,

        Plaintiff,

   v.

MICHAEL J. ASTRUE,
Commissioner of Social Security
  Administration,

        Defendants,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C06-5434KLS

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X   **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

  IT IS ORDERED AND ADJUDGED


Based on the Stipulation of the parties, Plaintiff's counsel Teal M. Parham should be awarded attorney fees in the amount of $5094.34, expenses totaling $51.31, and costs totaling $379.00 pursuant to the Equal Access to Justice Act, 28 U.S.C. & 2412 and 28 U.S.C. & 1920.


   April 18, 2007                                                    BRUCE RIFKIN

                                                                           Clerk

                                                                    /s/ Pat LeFrois

                                                                     Deputy Clerk